**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Marcus Antonio Mack, Appellant.

Appellate Case No. 2017-001842

―――――――――

Appeal From Lexington County
Robert E. Hood, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2019-UP-342
Submitted September 1, 2019 – Filed October 9, 2019

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defenders LaNelle Cantey DuRant and Jessica M. Saxon, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., both of Columbia, for Respondent.

―――――――――

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, WILLIAMS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.